IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY ALLEN FOX, § | |
| ICI NO.58925, § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-06-2092 |
| § | |
| JOHN DOE NO.1, *et al.*, § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, this 21st day of September, 2006.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE